# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2022

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 13101-13111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREYER, STEPHEN G. | SUPREME COURT OF THE UNITED STATES | 05/15/2023 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE UNITED STATES | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2022<br>**to**<br>12/31/2022 |

**7. Chambers or Office Address**

SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. BYRNE PROFESSOR OF ADMIN. LAW & PROCESS | HARVARD LAW SCHOOL |
| 4. CO-CHAIR (HONORARY) | NATIONAL CONSTITUTION CENTER |
| 5. CHAIR | ABA, RULE OF LAW INITIATIVE BOARD |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2022 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME | $2,418.98 |
| 2. 2022 | HARVARD UNIVERSITY; ROYALTY INCOME | $42,023.08 |
| 3. 2022 | STERLING LORD LITERISTIC INC.; ROYALTY INCOME | $150,000.00 |
| 4. 2022 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD LAW SCHOOL); WAGES | $131,454.20 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF VIRGINIA, SCHOOL OF LAW | APRIL 12-13, 2022 | CHARLOTTESVILLE, VA | RECIPIENT OF THOMAS JEFFERSON FOUNDATION MEDAL IN LAW | LODGING |
| 2. | ABA ANNUAL MEETING | AUGUST 6-7, 2022 | CHICAGO, IL | RECIPIENT OF ABA MEDAL | TRANSPORTATION AND LODGING |
| 3. | YALE CONSTITUTIONALISM SEMINAR | SEPTEMBER 14-17, 2022 | NEW HAVEN, CT | PARTICIPATION IN THE SEMINAR | LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/15/2023 |

| 4. | NATIONAL CONSTITUTION CENTER LAUNCH DAY - CONSTITUTION 101 | SEPTEMBER 23, 2022 | PHILADELPHIA, PA | SPEAKER | TRANSPORTATION AND LODGING |
|---|---|---|---|---|---|
| 5. | PRITZKER ARCHITECTURAL JURY | NOVEMBER 1-5, 2022 | FRANCE, SWITZERLAND | FLY-AROUND | TRANSPORTATION AND LODGING |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. IRA ACCOUNT: | | | | | | | | |
| 2. DWS TOTAL RETURN BOND FUND-S | A | Dividend | J | T | | | | |
| 3. DWS CROCI US FUND-S | B | Dividend | L | T | | | | |
| 4. OTHER HOLDINGS: | | | | | | | | |
| 5. DWS TOTAL RETURN BOND FUND-S | A | Dividend | K | T | | | | |
| 6. BANK OF AMERICA - CHECKING | A | Interest | M | T | | | | |
| 7. TIAA/CREF: | | | | | | | | |
| 8. TIAA/CREF - TIAA TRADITIONAL | E | Int./Div. | O | T | | | | |
| 9. TIAA/CREF - TIAA REAL ESTATE | D | Int./Div. | M | T | | | | |
| 10. TIAA/CREF - CREF CORE BOND R3 (FKA CREF BOND MARKET R3) | A | Int./Div. | L | T | | | | |
| 11. TIAA/CREF - CREF STOCK R3 | A | Int./Div. | P1 | T | | | | |
| 12. TIAA/CREF - CREF INF-LINKED BOND R3 | A | Int./Div. | N | T | | | | |
| 13. TIAA/CREF - CREF STOCK R1 | A | Int./Div. | L | T | | | | |
| 14. TRUST (LINES 15-48): | | | | | | | | |
| 15. VANGUARD WINDSOR FUND | D | Dividend | L | T | | | | |
| 16. AUTOMATIC DATA PROCESSING INC COMMON STOCK | C | Dividend | N | T | | | | |
| 17. CINTAS CORP. COMMON STOCK | B | Dividend | M | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 18. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | |
| 19. VANGUARD 500 INDEX FUND | D | Dividend | O | T | | | | |
| 20. VANGUARD DIVIDEND GROWTH FUND -IV | E | Dividend | N | T | | | | |
| 21. VANGUARD MID-CAP INDEX FUND | B | Dividend | L | T | | | | |
| 22. DODGE & COX INTERNATIONAL STOCK FUND | | None | | | Sold | 03/22/22 | L | F |
| 23. OAKMARK INTERNATIONAL INVESTOR | | None | | | Sold | 03/22/22 | L | E |
| 24. FED HERM US TREA CASH RES | A | Dividend | L | T | | | | |
| 25. VANGUARD SMALL CAP INDEX-ADM | A | Dividend | K | T | | | | |
| 26. FIDELITY MA MUNICIPAL INCOME | A | Dividend | K | T | | | | |
| 27. FASTENAL CO. | B | Dividend | L | T | | | | |
| 28. US TREASURY NOTES 2.500% 02/15/2022 | B | Interest | | | Matured | 02/15/22 | M | A |
| 29. US TREASURY BILLS 1/27/22 | A | Interest | | | Matured | 01/27/22 | M | A |
| 30. US TREASURY BILLS 5/19/22 | A | Interest | | | Matured | 05/19/22 | K | A |
| 31. US TREASURY BILLS 6/23/22 | A | Interest | | | Matured | 06/23/22 | M | A |
| 32. US TREASURY BILLS 6/16/22 | A | Interest | | | Buy | 03/23/22 | M | |
| 33. | | | | | Matured | 06/16/22 | M | A |
| 34. US TREASURY BILLS 8/11/22 | A | Interest | | | Buy | 02/15/22 | M | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 35. | | | | | | Matured | 08/11/22 | M | A | |
| 36. | US TREASURY BILLS 11/03/22 | A | Interest | | | Buy | 05/18/22 | K | | |
| 37. | | | | | | Sold | 09/22/22 | K | A | |
| 38. | US TREASURY BILLS 12/01/22 | A | Interest | | | Buy | 06/15/22 | M | | |
| 39. | | | | | | Sold<br>(part) | 09/22/22 | K | A | |
| 40. | | | | | | Matured | 12/01/22 | M | A | |
| 41. | US TREASURY BILLS 07/21/22 | A | Interest | | | Buy | 01/26/22 | M | | |
| 42. | | | | | | Matured | 07/21/22 | M | A | |
| 43. | US TREASURY BILLS 01/26/23 | A | Interest | M | T | Buy | 07/25/22 | M | | |
| 44. | US TREASURY BILLS 05/18/23 | A | Interest | N | T | Buy | 06/23/22 | M | | |
| 45. | | | | | | Buy<br>(add'l) | 08/15/22 | M | | |
| 46. | US TREASURY BILLS 06/15/23 | A | Interest | L | T | Buy | 12/02/22 | L | | |
| 47. | US TREASURY NOTES 06/30/24 | A | Interest | K | T | Buy | 09/23/22 | K | | |
| 48. | US TREASURY NOTES 07/15/25 | A | Interest | K | T | Buy | 09/23/22 | K | | |
| 49. | OTHER ASSETS: | | | | | | | | | |
| 50. | TIAA/CREF RETIREMENT ACCOUNTS: | | | | | | | | | |
| 51. | TIAA/CREF - TIAA TRADITIONAL<br>(FIXED ANNUITY) | C | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 52. | TIAA/CREF - CREF STOCK R2 | A | Int./Div. | L | T | | | | |
| 53. | SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | K | T | | | | |
| 54. | PEARSON PLC ORD. STOCK | D | Dividend | M | T | | | | |
| 55. | RENTAL PROPERTY - NEVIS WEST INDIES | D | Rent | N | W | | | | |
| 56. | LAND IN PLAINFIELD, NH | | None | O | W | | | | |
| 57. | LOWES COMPANIES INC - COMMON STOCK | C | Dividend | M | T | | | | |
| 58. | RAYTHEON TECHNOLOGIES CORP | B | Dividend | M | T | | | | |
| 59. | SSGA INST TREAS MM INV LC FD | A | Dividend | L | T | | | | |
| 60. | STANCROFT TRUST LIMITED | E | Dividend | P1 | W | | | | |
| 61. | FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | |
| 62. | EATON VANCE LARGE CAP GROWTH FUND - I | E | Dividend | O | T | | | | |
| 63. | EATON VANCE LARGE CAP VALUE FUND - I | E | Dividend | N | T | Sold (part) | 11/22/22 | J | A |
| 64. | EATON VANCE TAX M S/C | B | Dividend | L | T | | | | |
| 65. | EATON VANCE ATLANTA SM CP-I | D | Dividend | M | T | | | | |
| 66. | DFCI RETIREMENT PLAN (401A) (FIDELITY INVESTMENTS) - NO CONTROL | B | Int./Div. | K | T | | | | |
| 67. | VANGUARD INT - TERM CORPORATE | B | Dividend | L | T | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 68.  TOPGOLF CALLAWAY BRANDS CORP<br>(FKA CALLAWAY GOLF COMPANY) | | None | N | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/15/2023 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINES 37 AND 38:

THE DATES OF SALE FOR THE ABOVE LINES WERE REPORTED AS 9/23/22 IN THE PERIODIC DISCLOSURE REPORTS.  THE DATES IN THE PERIODIC DISCLOSURE REPORTS WERE BASED ON INFORMATION PROVIDED IN MONTHLY ACTIVITY SUMMARY FROM THE APPLICABLE BROKERAGE ACCOUNT.  THE 9/22/22 SALE DATES REPORTED ON LINES 37 AND 38 IN THIS REPORT WERE PROVIDED IN 2022 TAX REPORTING FORMS.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2023 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544